[No. 35654-6-II.  Division Two.  April 8, 2008.]

DAN A. PRESTON ET AL., *Respondents*, v. MEADOWMEER GOLF & COUNTRY CLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-00672-2, M. Karlynn Haberly, J., entered November 8, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35894-8-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD JACOB ALBRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-01517-4, Dennis P. Maher, J. Pro Tem., entered February 2, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35899-9-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KUHYAR SAJJADI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-8-00789-9, James R. Orlando, J., entered January 23, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 36041-1-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN JON SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 06-1-00241-3, Michael J. Sullivan, J., entered March 9, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.